1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLINGTON UZOEJINWA,<br><br>         Petitioner,<br><br>    v.<br><br>LAURA HERMOSILLO ET AL.,<br><br>         Respondents. | CASE NO. 2:26-cv-00322-JHC<br><br>ORDER |

      This matter comes before the Court on Petitioner's Motion for Temporary Restraining Order. Dkt. # 3. The Court has reviewed the motion and opposition, pertinent portions of the record, and the applicable law. Given the Scheduling Order at Dkt. # 4, as well as the facts alleged by Petitioner and the high burden for granting preliminary injunctive relief, the Court does not find that a temporary restraining order is warranted at this time. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (Preliminary injunctive relief is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief."). Accordingly, it DENIES the Motion (Dkt. # 3).

      Nothing in this Order should be read to prevent Petitioner from filing another motion should he learn that his removal or transfer from this District is imminent or that Respondents have failed to comply with the Court's Scheduling Order at Dkt. # 4.

ORDER - 1

1 | Dated this 29th day of January, 2026.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2