UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLINGTON UZOEJINWA,<br>Petitioner,<br>v.<br>LAURA HERMOSILLO ET AL.,<br>Respondents. | CASE NO. 2:26-cv-00322-JHC<br>ORDER |

This matter comes before the Court on Petitioner's Motion to Seal. Dkt. # 19. Petitioner requests that the Court seal Exhibits A, B, and C, filed at Dkt. # 20 and attached to the Motion for Attorney Fees at Dkt. # 18. *See generally* Dkt. # 19. Having reviewed the motion and finding that there are compelling reasons to justify sealing, the Court GRANTS the motion (Dkt. # 19) and ORDERS Exhibits A, B, and C (Dkt. ## 20, 20-1, & 20-2) to remain sealed.[1]

//

//

//

[1] Counsel for Petitioner, Casey Parsons, is reminded that pursuant to Local Civil Rule 7(b)(1), a party filing a motion with this Court must also: (1) file and serve a proposed order on each party; and (2) submit an editable version of the proposed order, in a format compatible with Microsoft Word, to chambers via email as provided in the Electronic Filing Procedures manual.

Dated this 31st day of July, 2026.

John H. Chun
United States District Judge