UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLINGTON UZOEJINWA,<br>Petitioner,<br>v.<br>LAURA HERMOSILLO ET AL.,<br>Respondents. | CASE NO. 2:26-cv-00322-JHC<br>ORDER TO SHOW CAUSE |

This matter comes before the Court on Petitioner's motion for attorney fees. Dkt. # 18. As the parties may know, the United States Supreme Court recently granted a writ of certiorari in a matter addressing EAJA attorney fees. *See Montoya Palacios v. Baker*, 2026 WL 171690 (D. Md. Jan. 22, 2026), *aff'd sub nom. Palacios v. Bacon*, 2026 WL 1154321 (4th Cir. Mar. 24, 2026), *cert. granted sub nom. Palacios v. Liggins*, 2026 WL 1855057 (U.S. June 29, 2026). The Court thus ORDERS the parties to show cause within 14 days of this order as to why the Court should or should not stay consideration of the motion at Dkt. # 18 pending the Supreme Court's resolution of *Montoya Palacios*. The Court notes that in other cases in this District, the parties have stipulated to such a stay. *See, e.g.*, *Kumar v. Hernandez et al.*, Case No. 2:25-cv-01772-JHC, Dkt. # 32.

The Court DIRECTS the Clerk to re-note the motion for attorney fees at Dkt. # 18 for August 28, 2026.

Dated this 14th day of August, 2026.

John H. Chun
United States District Judge