UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLINGTON UZOEJINWA,<br><br>Petitioner,<br><br>v.<br><br>LAURA HERMOSILLO ET AL.,<br><br>Respondents. | CASE NO. 2:26-cv-00322-JHC<br><br>ORDER |

This matter comes before the Court on Petitioner's motion for attorney fees. Dkt. # 18. On August 14, 2026, the Court ordered the parties to show cause as to why the Court should or should not stay consideration of the motion pending the Supreme Court's resolution of *Montoya Palacios v. Baker*, 2026 WL 171690 (D. Md. Jan. 22, 2026), *aff'd sub nom. Palacios v. Bacon*, 2026 WL 1154321 (4th Cir. Mar. 24, 2026), *cert. granted sub nom. Palacios v. Liggins*, 2026 WL 1855057 (U.S. June 29, 2026). Dkt. # 25. Only Respondents filed a response to the order. *See* Dkt. # 26.

The Court agrees with Respondents that consideration of the motion should be stayed. It thus STAYS such consideration pending the Supreme Court's resolution of *Montoya Palacios* and DIRECTS the Clerk to terminate the motion for attorney fees at Dkt. # 18. If and when appropriate, Petitioner may ask the Court to re-note the motion.

Dated this 31st day of August, 2026.

John H. Chun
United States District Judge